# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: WALTER L DEWITT            CASE NO. 15-11296; SEC B
       JULIE A DEWITT                  CHAPTER 13

## **CONSENT ORDER**

Considering the hearing scheduled for September 20, 2017, on the Motion for Relief (p.44) filed on behalf of SETERUS, INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC. ("Creditor") and the agreement between parties:

**IT IS HEREBY ORDERED** that WALTER L DEWITT and JULIE A DEWITT ("Debtors"), shall pay to Creditor, $10,921.85, which represents the February 2017 through and including September 2017 post petition payments in the amount of $1,274.92 each, less unapplied funds of $8.51 and attorney fees and costs of $731.00, by paying in CERTIFIED FUNDS ONLY, five (5) monthly installments in the amount of $1,820.31, and one (1) monthly installment in the amount of $1,1,820.30, in addition to the regular monthly mortgage payments, beginning October 1, 2017 through and including March 1, 2018.

**IT IS FURTHER ORDERED** that the Debtors shall thereafter pay the regular monthly mortgage payments on a timely basis in accordance with the note and mortgage beginning with the October 01, 2017 payment. The regular monthly mortgage payments are subject to change due to the escrow provisions of the note and mortgage.

**IT IS FURTHER ORDERED** that in the event the Debtors fail, to make all payments as required by this consent order or fail to pay any regular monthly mortgage payments thereafter or fail to pay said attorney's fees, all in accordance with this consent order, the Creditor shall be

entitled to ex parte relief from the automatic stay, after a fourteen (14) day notice to Debtors and Debtors' Counsel, and upon presentation of an affidavit of an officer or employee of Creditor, or its successors, establishing such default 30 days thereafter. The ex parte relief order will allow Creditor to foreclose immediately on the property more fully described in the mortgage filed in the record hereof, and which property bears the municipal address of 40337 C C Rd, Ponchatoula, Louisiana 70454. This order shall survive one (1) year after entry of this order or until this case is otherwise dismissed.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, September 19, 2017.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge


DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

By: /s/ Logan Massey
Logan Massey (Bar # 36900)
Attorneys for Creditor

Rachel Thyre Anderson
Attorney at Law
428 W. 21st Ave.
Covington, LA 70433
(985) 377-9271

By: /s/ Rachel Thyre Anderson
Rachel Thyre Anderson (Bar # 33501)
Attorney for Debtors